NUMBER 13-05-313-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

________________________________________________________

 

FLORENTINO RODRIGUEZ,                                                            Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

_________________________________________________________

 

                             On appeal from the 319th District Court 

                                        of Nueces County, Texas.

_________________________________________________________

 

                               MEMORANDUM
OPINION

 

                      Before Justices
Rodriguez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

 








Appellant, FLORENTINO RODRIGUEZ, perfected an appeal from a judgment entered by the 319th District Court of Nueces County, Texas,  in cause number 04-CR-3171-G.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and
appellant=s motion
to dismiss the appeal, is of the opinion that appellant's motion to dismiss the
appeal should be granted.  Appellant's
motion to dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not
publish.

Tex. R. App. P. 47.2(b).

Memorandum
Opinion delivered and 

filed
this the 10th day of November, 2005.